IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARRELL BERNARD BILLINGSLEA, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 3:25-CV-01557-X-BT |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
| | § | |
| *Respondent*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 24). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, the petitioner's case will be **DISMISSED WITHOUT PREJUDICE** as barred by the Fifth Circuit's sanction order in *In re Billingslea*, No. 23-10812 (5th Cir. Sep. 28, 2023).

Considering the record in this case, the Court **DENIES** a certificate of appealability. The Court adopts and incorporates by reference the Magistrate Judge's Findings, Conclusions and Recommendation filed in this case in support of its finding that the Movant has failed to show (1) that reasonable jurists would find this Court's "assessment of the constitutional claims debatable or wrong," or (2) that reasonable jurists would find it "debatable whether the [motion] states a valid claim

1

of the denial of a constitutional right" and "debatable whether [this Court] was correct in its procedural ruling."[1]

    **SO ORDERED** this this 20th day of May 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).